■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PERNICIARO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Eiber, J.), rendered April 23, 1980, convicting him of reckless endangerment in the second degree and harassment, after a nonjury trial, and sentencing him to a fine of $250 and a conditional discharge. Judgment modified, on the law, by reversing the conviction of harassment and vacating the sentence imposed thereon. As so modified, judgment affirmed and the harassment count of the indictment is dismissed as to defendant Perniciaro. As in the related case *People v Arpino* (86 AD2d 876), the testimony of the complainant failed to identify which of five individuals allegedly made threats to "break every bone in [his] body" if he continued to perform the job of a striking worker. The complainant never testified that defendant Perniciaro actually said anything, and one codefendant involved in this incident was acquitted. The crime of harassment was not proved beyond a reasonable doubt. (See *People v Collins,* 31 NY2d 878.) Titone, J. P., Mangano, Gibbons and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIMOS SAVLAS, Appellant. — Judgment of the Supreme Court, Queens County (Dunkin, J.), rendered January 14, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, Weinstein and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SCINTO, Appellant. — Judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered February 20, 1981, affirmed (see *People v Cantor,* 36 NY2d 106; *Pennsylvania v Mimms,* 434 US 106). Damiani, J. P., Mangano, Weinstein and Bracken, JJ., concur.